United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

    Plaintiff,

    v.

UNITED STATES OF AMERICA,

    Defendant.
_____/

No. C 12-3142 PJH

**JUDGMENT**

The court having dismissed this action for plaintiff's failure to prosecute,

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 3, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge